UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2009 SEP 11 P 3: 50

S. DISTRICT COURT
C: 1JT OF MASS.

PATRICK MICHAEL MURPHY,
  PLAINTIFF,

V.

CIVIL ACTION NO.:

THE UNITED STATES OF AMERICA, and
THE HONORABLE ERNEST E. GARCIA,
DIRECTOR OF THE SELECTIVE SERVICE,
  DEFENDANTS.

## COMPLAINT

Now Comes the Plaintiff, Patrick Michael Murphy, by and through his attorney, for his causes of action against the above-named Defendants, and hereby avers and prays as follows:

## PARTIES

1. Plaintiff Patrick Michael Murphy is a resident of Quincy, Norfolk County, Commonwealth of Massachusetts.

2. Defendant United States of America is the sovereign entity that enacted the Selective Service Act and is responsible for the Act's enforcement.

3. Defendant Ernest E. Garcia is the Director of the Selective Service. He is sued in his official capacity. The Selective Service is an agency of the United States, with an annual budget of approximately $61 million and is responsible for collecting the identity of all male citizens and residents of the United States of America between the ages of 18 and 25 for use in compelling their military service in the event it is determined by the President of the United States that there is a national need.

1

## NATURE OF THE ACTION

4. This is a challenge to the constitutionality of the Selective Service Act of the United States of America. By this action the Plaintiff seeks a declaration that the Selective Service Act deprives citizens and residents of equal protection of the Laws and/or the privileges and immunities of citizens of the United States afforded by substantive due process of the 5th Amendment to the Constitution of the United States by requiring the registration of male citizens and residents on the basis of sex by threat of imprisonment, fine and deprivation of government employment and benefits.

5. By this action the Plaintiff seeks a declaration that the Selective Service System and the limited form of Federal Government known as the United States of America lack Constitutional authority to compel citizens and residents, including the Plaintiff, under threat of imprisonment and fine and deprivation of government employment and benefits, to register with the Selective Service to be conscripted without their consent into military service and become deprived of liberty and/or life without due process of law guaranteed by the 5th Amendment to the Constitution of the United States.

6. By this action the Plaintiff seeks a declaration that the People of the United States of America, including the Plaintiff, are guaranteed individual rights pursuant to the 9th and/or 10th Amendment to the Constitution of the United States and among these are the exclusive and inalienable right to their own life and liberty bestowed by their Creator in the absence of Due Process of Law.

## JURISDICTION AND VENUE

7. This court holds original jurisdiction over subjectmatter concerning claims at Law and Equity arising under the United States Constitution and the Laws of the United States of America thereby invoking an exclusively Federal Question.

8. The US District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States by authority of Article 3, Section 2, Clause 1 of the Constitution of the United States and 28 USC § 1331.

9. Venue is proper in this judicial district under 28 USC § 1339 (b) and (c).

10. This court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act 28 USC § 2201 et seq.

11. The Selective Service System's constitutional violations are actionable pursuant to 42 USC §1983.

## FACTUAL ALLEGATIONS

12. Plaintiff Patrick Michael Murphy is a male, between 18 and 25 years of age, and a native born citizen of the United States of America.

13. Plaintiff Patrick Michael Murphy is presently registered with the Selective Service System.

14. The Military Selective Service Act (Act) requires male residents of the United States of America between the ages of 18 and 25 to register their identity with an agency of the federal government in order to draft them as conscripted soldiers should the President of the United States determine there is a need to do so.

15. Residents who do not register are threatened with imprisonment of up to 5 years, fines up to $250,000 and forfeiture of government employment, higher education and government benefits.

16. The Selective Service System professes to be an equal opportunity employer.

17. According to the Selective Service: "**Not registering is a felony.** Young men convicted of failure to register may be fined up to $250,000, imprisoned for up to five years, or both. In addition to being subject to prosecution, failure to register may cause you to permanently forfeit eligibility for certain benefits. Federal and many state laws require registration-age men to be registered…to remain eligible for applying for the following benefits: student financial aid, government employment, employment with the U.S. Postal Service, job training, and U.S. citizenship for male immigrants." (emphasis in original)

18. According to the Selective Service: "Registration is the process by which the US Government collects names and addresses of men age 18 to 25 to use in case of national emergency requires rapid expansion of the armed forces.

19. If the president of the United States determines that there is a time of need, young males, including Plaintiff Patrick Michael Murphy, may be forced to serve in the Armed Forces and deprived of their liberty and/or life against their consent.

20. The federal government may draft in times of peace as well as war.

    a) According to the Selective Service: "A draft would most likely occur only in the event of war or national emergency."

21. The justifications for maintaining the Selective Service registration system no longer exist.

    a) The volunteer enlistment of the US armed forces has been adequate for all needs and purposes of the United States since 1973;

    b) Since 1973, when need arises the voluntary enrollment in the armed forces has exceeded the number of conscripted soldiers which are required;

c) A volunteer military force serves as a natural and intended popular check on the power of the U.S. government to wage war.

22. Conscripting soldiers against their consent violates rights reserved to the people under the Ninth and Tenth Amendments to the Constitution of the United States of America.

23. The 5th Amendment to the Constitution of the United States specifically provides that "No person shall be...deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation."

24. The substantive due process of the 5th Amendment to the Constitution of the United States affords the people "equal protection of the laws" and freedom from "any law which shall abridge the privileges or immunities of citizens of the United States."

25. The 9th and 10th Amendments to the Constitution of the United States provides that the Constitution shall not be construed to deny or disparage unenumerated rights retained by the people, and that powers not delegated to the United States therein are reserved to the States or to the people.

26. Female American citizens and residents are not compelled by penalty of law to register for the Selective Service under the threat of imprisonment and fines and loss of government benefits and employment, and will not be forced to served in the armed forces and deprived of liberty and/or life if the President of the United States determines that there is a time of need to rapidly expand the military.

27. There is no reasonable or compelling justification for forcing male American citizens and residents and not female American citizens and residents to register with the Selective Service.

5

a) Prior justifications for excluding females from the selective service no longer exist:

    i. Females are permitted and encouraged to voluntarily join the military;

    ii. Female soldiers are trained in similar time and fashion as male soldiers;

    iii. The rapid expansion of the military is not accomplished any slower when the conscripts are both male and female; and

    iv. Female soldiers presently fight in combat positions and are awarded our nation's highest honors by the Congress of the United States for such service.

28. Plaintiff is suffering and will continue to suffer damages as a result of Defendants' actionable complained of herein.

29. Plaintiff is suffering and will continue to suffer irreparable injury and harm by reason of Defendants' actions complained of herein.

30. Unless restrained, Defendants' will continue the actions complained of herein and continue to cause harm and damages to the Plaintiff.

## CAUSES OF ACTION

### COUNT I
**(Violation of the Equal Protection of the Laws and Privileges and Immunities of Citizenship provided by the 5th Amendment to the Constitution of the United States)**

31. Plaintiff restates and reavers the above paragraphs, by reference thereto, as if specifically repeated here in their entirety.

32. The people are guaranteed equal protection of the laws regardless of gender by the substantive due process provided by the 5th Amendment which is not exclusive of the explicit language of the 14th Amendment.

6

33. The 14th Amendment provides in pertinent part: "… No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; not shall any State deprive any person of Life, Liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

34. The substantive due process of the 5th Amendment to the Constitution of the United States affords the people "equal protection of the laws" and freedom from "any law which shall abridge the privileges or immunities of citizens of the United States." See *Bolling v. Sharpe*. 347 U.S. 497  (1954). (the concepts of equal protection and due process, both stemming from our American ideal of fairness, are not mutually exclusive); See also, *Frontiero v. Richardson*, 411 U.S. 677 (1973). (In reversing a practice that denied female soldiers the dependency benefits afforded to males the Court held that while the 5th Amendment contains no equal protection clause, it does forbid discrimination that is so unjustifiable as to be violative of due process).

35. There is no longer any existing justification for compelling male American citizens and residents and not female American citizens and residents to register with the Selective Service on the basis of sex.

36. The Defendants have violated the 5th Amendment by depriving males, including the Plaintiff, of equal protection of the laws on the basis of sex by, among other things,

    a) Exclusively registering males in the Selective Service System;

    b) Exclusive drafting or conscripting males into military service;

    c) Exclusively jeopardizing the liberty and life of males;

    d) Exclusively threatening males with imprisonment, fines and forfeiture of employment, educational, and public benefit opportunities

7

37. Because sex is an immutable characteristic determined solely by the accident of birth, the imposition of special disabilities because of sex violates the basic concept of our system and our sense of justice and fairness. *Frontiero v. Richardson*, 411 U.S. 677 (1973).

38. Any statutory scheme which draws a sharp line between the sexes and necessarily commands dissimilar treatment for men and women who are similarly situated, is inherently suspect and involves the very kind of arbitrary legislative choice forbidden by the United States Constitution. *Frontiero v. Richardson*, 411 U.S. 677 (1973).

39. By registering males exclusively in the Selective Service System, the Defendants have deprived the Plaintiff, and all people with want of a society with equal protections and privileges of citizenship regardless of sex, of their Constitutional Rights.

40. Due to the aforementioned violations of the 5th Amendment of the Constitution the Plaintiff has been caused, and will continue to be caused damages for which relief should be granted.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment on Count 1 against the Defendants and respectfully request that this Honorable Court:

a) Declare the Selective Service Act heretofore as unconstitutional;

b) Preliminarily, and permanently thereafter, enjoin the Defendant from compelling the registration of exclusively male American citizens and residents in the Selective Service on the basis of their sex;

c) Award Plaintiff such damages, costs and fees as are allowed by Law; and

d) Grant Plaintiff such other, further and different relief as may be just and proper in the fair view of this Honorable Court.

8

## COUNT II
### (Violation of the Due Process Rights of the 5th Amendment to the Constitution of the United States)

41. Plaintiff restates and reavers the above paragraphs, by reference thereto, as if specifically repeated here in their entirety.

42. The 5th Amendment of the Constitution of the United States provides, in pertinent part: "No Person shall be…deprived of life, liberty, or property, without due process of law;"

43. The Selective Service Act specifically deprives the American People, including the Plaintiff, of Liberty and/or Life, without due process of law.

44. Due Process of law is the only mechanism for taking what belongs to the American People in favor of the government where it concerns Life or Liberty, and for compensation only where it concerns Property.

45. The federal government of the United States of America lacks Constitutional authority to deprive the people of their inalienable right to their life or their liberty without the due process of law.

46. As a direct result, the Selective Service Act violates the Fifth Amendment of the Constitution by depriving, and/or threatening to deprive, the Plaintiff of life and liberty without the due process of law for refusing to obey the Selective Service System.

47. Due to the aforementioned Due Process of Law violations of the 5th Amendment of the Constitution the Plaintiff has been caused, and will continue to be caused damages for which relief should be granted.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment on Count 2 against the Defendants and respectfully request that this Honorable Court:

a)   Declare the Selective Service Act heretofore as unconstitutional;

b)   Preliminarily, and permanently thereafter, enjoin the Defendant from compelling the registration of American citizens and residents in the Selective Service;

c)   Award Plaintiff such damages, costs and fees as are allowed by Law; and

d)   Grant Plaintiff such other, further and different relief as may be just and proper in the fair view of this Honorable Court.

## COUNT III
### (Violation of the Powers Reserved to the People of the 9th and/or 10th Amendments to the Constitution of the United States)

48. Plaintiff restates and reavers the above paragraphs, by reference thereto, as if specifically repeated here in their entirety.

49. The 9th Amendment of the Constitution of the United States provides: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

50. The power of the federal government is limited to those which are granted to it by the Constitution of the United States, and those powers may not to be construed so as to deny or disparage the powers of the People that have not been granted to the government.

51. The Constitution authorizes Congress to Raise and support an Army, Provide a Navy; Govern and Regulate the same; Call forth the Militia as needed; and to organize, arm and discipline the Militia.

52. The Constitution of the United States grants the government certain powers to compose a military force. More specifically:

    a) To raise and support Armies, but no Appropriation of Money to that Use shall be for longer Term than two Years. Article 1, Section 8, Clause 12 of the US Constitution.

    b) To provide and Maintain a Navy. Article 1, Section 8, Clause 13 of the Constitution of the United States.

    c) To make Rules for the Government and Regulation of the land and naval Forces. Article 1, Section 8, Clause 14 of the Constitution of the United States.

    d) To provide for calling forth the militia to execute the Laws of the Union, suppress Insurrections and repel Invasions. Article 1, Section 8, Clause 15 of the Constitution of the United States.

    e) To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress. Article 1, Section 8, Clause 16 of the Constitution of the United States.

53. The Constitution grants authority over the Militia to Congress, but it does not grant the authority to forcefully create a Militia using imprisonment and fines, and depriving the People of liberty, property and jeopardy of life.

54. The Constitution was created to "...secure the Blessings of Liberty to ourselves and our Posterity..."

11

55. "Securing the Blessings of Liberty to ourselves" means, at the very least, a person's individual life and physical body bestowed by his Creator.

56. The 10th Amendment of the Constitution of the United Stares provides: "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

57. The government of the United states has certain powers enumerated in the Constitution, and the Tenth Amendment limits its authority to those powers alone.

58. The Constitution of the United States of America was written with the intention and spirit that it is "self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.—That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed..." (The Declaration of Independence of July 4, 1776).

59. Due to the aforementioned violations of the Powers Reserved the People under the 9th and/or 10th Amendment of the Constitution the Plaintiff has been caused, and will continue to be caused damages for which relief should be granted.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment on Count 3 against the Defendants and respectfully request that this Honorable Court:

a) Declare the Selective Service Act heretofore as unconstitutional;

b) Preliminarily, and permanently thereafter, enjoin the Defendant from compelling the registration of American citizens and residents in the Selective Service;

c) Award Plaintiff such damages, costs and fees as are allowed by Law; and

d) Grant Plaintiff such other, further and different relief as may be just and proper in

the fair view of this Honorable Court.

Respectfully submitted,
Plaintiff Patrick Michael Murphy,
By his attorney,

Date: September 11, 2009

John P. Matheson
8 Faneuil Hall, 3rd Floor
Boston, MA 02109
T: 617-973-6445
F: 617-973-6406
John@JohnMatheson.com

13