**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**PATRICK MICHAEL MURPHY**
      **Plaintiff**

        **CIVIL ACTION**
        **NO.  09-11496-MLW**


**UNITED STATES OF AMERICA et al**
      **Defendant**


**ORDER OF DISMISSAL**


**WOLF, D. J.**


      In accordance with the Court's Electronic Endorsement entered on **March 17, 2010** allowing the DEFENDANTS' motion to dismiss (docket no. 7) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


               **By the Court,**


**March 22, 2010**              **/s/ Dennis O'Leary**
    **Date**                   **Deputy Clerk**


**(dismiss-endo.wpd - 12/98)**                 **[odism.]**